JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| AMIR ASRAR HAGHIGHI, Plaintiff, v. CHIP LAITINEN, et al., Defendants. | Civil No.: Case 8:22-cv-01093-DFM (ECF) ORDER [~~PROPOSED~~] The Honorable Douglas F. McCormick |
|---|---|

Upon consideration of Parties' *Stipulation for Dismissal*, it is hereby:

**ORDERED** that this action shall be dismissed,

**SO ORDERED** this __4th__ day of __August__ 2022.

_____
The Honorable Douglas F. McCormick,
United States Magistrate Judge

**LIST OF NAMES AND ADDRESSES OF ALL ATTORNEYS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY**

1

The following attorneys are entitled to be notified of the entry of this Order:

Joshua L. Goldstein, Esq
Attorney for Plaintiff
Goldstein Immigration Lawyers
2217 Jerome Way
Los Angeles, CA 90039
Telephone: (213) 425-1979
Email: jg@jgoldlaw.com
United States District Court for the Central District of California Bar No. CA Bar # 332467

Randy Hsieh(Cal. Bar No. 312087)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6585
Facsimile: (213) 894-7819
Email: Randy.Hsieh@usdoj.gov
Attorney for the United States of America